**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00045-CV

**IRA W. BREWER, ET AL., Appellants**

**V.**

**U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
THE BEAR STERNS ARM TRUST, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-01529-2013**

## ORDER

We **GRANT** appellants' June 9, 2014 unopposed motion for an extension of time to file a

reply brief.  Appellants shall file their reply brief on or before June 16, 2014.

/s/     ADA BROWN
JUSTICE